**United States Bankruptcy Court**
**District of Colorado**

| | |
|---|---|
| **IN RE:** | Case No. **10-22374-EEB** |
| **Porreca, Michael Paul** | Chapter **7** |
| Debtor(s) | |

# AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ **1,201.00**

   Prior to the filing of this statement I have received ................................................... $ **1,201.00**

   Balance Due ........................................................................................ $ **0.00**

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
   e. [Other provisions as needed]
   **Attorney's appearance at meeting of creditors contingent on debtor's payment of balance of fee shown above on or before two weeks prior to 341 meeting.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **a. Postpetition amendment to petition or supporting documents.**
   **b. Appearance at any continued meeting of creditors.**
   **c. Lien avoidance under section 522 of the Bankruptcy Code.**
   **d. Debt reaffirmation under section 524 of the Bankruptcy Code.**
   **e. Representation related to any motion to dismiss or convert case to another chapter under the Bankruptcy Code.**
   **f. Representation related to any adversary proceeding, including dischargeability under section 523 or 727 of the Bankruptcy Code.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 13, 2010** | **/s/ Robin Kert Hunt** |
| Date | **Robin Kert Hunt 15589** |
| | **Robin Kert Hunt, Attorney at Law** |
| | **802 East 19th Avenue** |
| | **Denver, CO  80218** |
| | **(303) 658-9146** |
| | **COBankruptcyLaw@Gmail.com** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only